UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| PENNY COLEMAN, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | No. 1:21-cv-00077-SNLJ |

**MEMORANDUM AND ORDER**

This matter comes before the Court on a document filed by petitioner Penny Coleman that has been construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Docket No. 1). The petition is not on a Court form, as required. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Furthermore, petitioner has not filed a motion for leave to proceed in forma pauperis or paid the filing fee. As such, the Clerk of Court will be directed to send to petitioner a copy of the Court's 28 U.S.C. § 2244 form, as well as a motion for leave to proceed in forma pauperis form. Petitioner will be directed to file an amended petition on the Court form, and to either submit a motion for leave to proceed in forma pauperis or pay the filing fee. Petitioner will be given thirty days in which to comply. Failure to comply will result in the dismissal of this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to petitioner a copy of the Court's 28 U.S.C. § 2241 form.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to petitioner a copy of the Court's motion for leave to proceed in forma pauperis form.

**IT IS FURTHER ORDERED** that petitioner must file an amended 28 U.S.C. § 2241 petition on the Court form within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if petitioner does not file an amended 28 U.S.C. § 2241 petition on a Court form within **thirty (30) days** of the date of this order, this action will be dismissed without prejudice and without further notice.

**IT IS FURTHER ORDERED** that petitioner must either file a motion for leave to proceed in forma pauperis or pay the filing fee within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if petitioner does not either file a motion for leave to proceed in forma pauperis or pay the filing fee within **thirty (30) days** of the date of this order, this action will be dismissed without prejudice and without further notice.

Dated this 12th day of August, 2021.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE